No. 92–1128. BLODGETT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY *v.* KWAN FAI MAK. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–848. AMERITECH CORP. ET AL. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL.; and

No. 92–879. BELLSOUTH CORP. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions. Reported below: 297 U. S. App. D. C. 231, 969 F. 2d 1231.

No. 92–6265. DOCK *v.* AMERICAN TELEPHONE & TELEGRAPH TECHNOLOGIES ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 92–906. MOORE ET AL. *v.* CALIFORNIA STATE BOARD OF ACCOUNTANCY. Sup. Ct. Cal. Motions of NSPA Affiliated State Organizations, National Society of Public Accountants, California Society of Enrolled Agents, and Center for Public Interest Law for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 92–927. PRECISION CO. *v.* KOCH INDUSTRIES, INC., ET AL. C. A. 10th Cir. Motion of Council of Energy Resource Tribes et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 92–1016. FUQUA *v.* UNITED STATES. Ct. Mil. App. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 92–1017. McGUINESS *v.* UNITED STATES. Ct. Mil. App. Motion of petitoner to defer consideration of petition for writ of certiorari denied. Certiorari denied.